FILED
AUG 16 2010
CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 4:10-M-308 |
| ) | (Misdemeanor) |
| ASHLEY NICOLE HENDERSON ) | VA 19 |
| ) | |
| ) | Court Date: August 23, 2010 |
| ) | Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) – Ticket # 2567772

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 14, 2010, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, ASHLEY NICOLE HENDERSON, a person over the age of eighteen, who was responsible for the care of DH, a child under the age of eighteen, willfully caused a condition which rendered the children in need of supervision. (In violation of Title 18 United States Code Sections 7 and 13, assimilating Code of Virginia, Section 18.2-371.)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
H. JOHN GOODELL
Special Assistant United States Attorney
Office of the U.S Attorney
WI Bar Number 1062977
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
Houston.J.Goodell@us.army.mil

## CERTIFICATE OF SERVICE

I certify that on ~~Aug 13~~, 2010, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant ASHLEY N. HENDERSON.

_____
H. JOHN GOODELL
Special Assistant United States Attorney
Office of the U.S Attorney
WI Bar Number 1062977
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
Houston.J.Goodell@us.army.mil